# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142681

PATRICIA A. SHOUNEYIA,
      Plaintiff-Appellee,

v

ALEC E. SHOUNEYIA,
      Defendant,

and

SHOUNEYIA BROTHERS CORPORATION,
      Appellant.
_____/

SC: 142681
COA: 297007
Oakland CC Family Division:
2007-739768-DM

On order of the Court, the application for leave to appeal the January 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

Clerk

d0713